WRIT NO. W13-01007-N(B)
WRIT NO. W10-01185-J(A)
WRIT NO. W10-01183-J(D)
WRIT NO. W10-01183-J(E)
WRIT NO. W10-01184-J(E)
WRIT NO. W08-60213-J(D)

77,138-24,25,26,27,28

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL COURT
OF APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

## APPLICANT'S NOTICE OF CHALLENGING
## OUT-OF-TIME APPEALS

TO THE HONORABLE JUDGES OF COURT OF CRIMINAL APPEALS:

NOW COMES, Senrick Wilkerson, the Applicant in the above and numbered styled cases, and files this motion of his notice of challenging out-of-time appeals. Applicant specifically checked the box and underlined 'out-of-time' apeal on each application above that was filed. However, Dallas County is showing prejudice against Applicant by continuing to claim that Applicant is challenging the illegal convictions from cause nos. F10-01183 & F10-01184, in order to refrane from responding to the issues that were raised. Applicant is entitled to relief for an out-of-time appeal for many reasons. One of which is that Dallas County is showing that Applicant was arrested on 9/7/2008, and released on bond for cause nos. F10-01182, F10-01183, F10-01184 & F1001185, on 9/8/2008. The State abused its discretion by waiting 26 months to file those indictments, on 11/24/2010. Therefore, the State totally violated Article 32.01 Code Crim. Proc. See Montgomery v. State, 810 S.W. 2d 372, 380 (Tex. Crim. App. 1990).

This Court must grant Applicant relief in the interest of justice.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17 T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711 & Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207.

SENRICK WILKERSON

P.S. safeguard my Liberty